■ MARY SMITH et al., Appellants-Respondents, v LEONARD KING et al., Defendants, and CHRYSLER CORPORATION, Respondent-Appellant.—Cross appeals from an order of the Supreme Court at Special Term, entered May 5, 1979 in Albany County, which, inter alia, granted defendant Chrysler's motion to vacate a prior order. Order affirmed, without costs, on the opinion of Mr. Justice Hughes at Special Term (cf. Scholefield v De Cordier, 70 AD2d 351, ,where there was no timely response to a preclusion order). Mahoney, P. J., Kane, Main, Mikoll and Herlihy, JJ., concur.